**Company:**
INDEMNITY INS CO OF N AMERICA
436 Walnut Street, PO Box 1000
Philadelphia, PA 19106

# FARMOWNERS POLICY DECLARATIONS

E-FILED
Tuesday, 04 February, 2014  03:06:25 PM
Clerk, U.S. District Court, ILCD

[X] New
[ ] Renewal
[ ] Endorsement

12/09/2008 FO-167573 2038762

Renewal of ___N/A___

**Named Insured:**

SANDSTONE SOUTH LLC
    Mailing Address:
115 SOUTH MEMORIAL STREET
PITTSFIELD, IL 62363

**Agency:**

MIDSTATE INSURANCE AGENCY INC 2499-00
130 S MONROE STREET
PITTSFIELD, IL 62363

(217)285-1300

**POLICY NUMBER** FO-167573 NF06-IL08

Policy Period:From   11/12/2008   To   11/12/2009

12:01 A.M.
Standard Time

Premium: $6,527.00
Pay Plan:12-Pay
Premium is: Direct Bill

Direct Bill to:Insured

Named Insured is: Individual

## COVERAGE G - OTHER FARM STRUCTURES

| Loc/Bldg Number | | Limit of Insurance | Construc-tion | Covered[1] Causes of Loss | Valua-tion[4] | Earth-quake % Ded[5] | Wind & Hail % Ded[5] | Ded[5] |
|---|---|---|---|---|---|---|---|---|
| 001/001 | WEAN TO FINISH BARN | 740,000 | Frame | 2 | RC | | | 5,000 |
| 001/002 | WEAN TO FINISH BARN 2 | 740,000 | Frame | 2 | RC | | | 5,000 |

[1] Covered Causes of Loss:    1 = Basic      2 = Broad      3 = Special      EQ = Earthquake
[4] Valuation: RC = Replacement Cost   ACV = Actual Cash Value   FBV = Functional Building Valuation
[5] Ded = Deductible

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MISCELLANEOUS COVERAGE SECTION

| | Limit of Insurance | Ded[1] |
|---|---|---|
| Farm Extra Expense | 1,000 | N/A |

The following endorsements are made part of this policy.  For limits and
conditions, refer to the attached form.
    Pollutant Cleanup And Removal Endorsement
    Farm Employers Liability

[1] Ded = Deductible

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12/09/2008

Con't.

## COMMERCIAL GENERAL LIABILITY

|  | Limit of Insurance |
|---|---|
| Each Occurrence | $1,000,000 |
| Products/Completed Operations Aggregate Limit | NOT COVERED |
| Personal And Advertising Injury Liability | $1,000,000 |
| General Aggregate Limit (other than Products/Completed Operations) | $2,000,000 |
| Fire Damage Limit - Any One Fire | $100,000 |
| Medical Payments - Any One Person | $5,000 |
| Coverage M - Chemical Drift Liability Aggregate Limit | $25,000 |
| Coverage N - Limited Crop Dusting Aggregate Limit | NOT COVERED |

This policy is subject to audit      No      X Yes      Frequency: Annually

--------------------------------------------------------------------------

## SCHEDULE OF LIABILITY COVERAGES

| Location Number | Class Code/ Classification Description | Premium Basis[5] | Exposure | Rate |
|---|---|---|---|---|
| 0001 | 01518 | O | 1 | $87.3790 |
|  | Initial Farm Premises 160 Acres or Less Type 1 Farm - Owner Operated | | | |

[5] When used as a premium basis the following code definitions apply:
A - Area - Per 1,000 square feet of area          O - Other
C - Total Cost - per $1,000 of total cost         P - Payroll - per $1,000 of payroll
D - If Any                                        S - Gross Sales - per $1,000 of Gross Sales
E - Admissions - per 1,000 admissions             U - Units
F - Flat Charge                                   X - Each
J - Total Operating Expenditures - per $1,000 of Expenditures

--------------------------------------------------------------------------

## SCHEDULE OF LOCATIONS

| Location Number | Location Description | Number of Acres |
|---|---|---|
| 0001 | SEC 31, T15N, R13W, SCOTT COUNTY | 16 |
|  | BLUFFS                          IL 62621-0000 | |

--------------------------------------------------------------------------

## Mortgagees

| Name and Address | Loc/Bldg or Item Number | Description of Property |
|---|---|---|
| CORN BELT BANK & TRUST 643 WEST WASHINGTON STREET PITTSFIELD, IL 62363 | 0001/0001 | WEAN TO FINISH BARN |

Con't.

```
CORN BELT BANK & TRUST                    0001/0002          WEAN TO FINISH BARN 2
643 WEST WASHINGTON STREET
PITTSFIELD, IL 62363
```

--------------------------------------------------------------------------------

```
DATE OF ISSUE              COUNTERSIGNED BY:

     12/09/2008
```

--------------------------------------------------------------------------------

**Forms and Endorsements Attached to the Policy at Inception.  Forms preceded by ->
are included in this mailing.**

```
->AP04390503   POLLUTANT CLEANUP AND REMOVAL
->AP10100303   ASBESTOS EXCLUSION
->AP22140407   GENETICALLY MODIFIED EXCLUSION
->FP00140903   FARM PROPERTY-BARNS,OUTBLDGS,OTHER FARM STRUCTURE
->FP00900903   FARM PROPERTY-OTHER FARM PROVISIONS
->FP01600308   EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
->FP04310198   INFLATION GUARD
->FP10210498   EXCLUSION OF CERTAIN COMPUTER RELATED LOSSES
->FP10600903   CAUSES OF LOSS FORM - FARM PROPERTY
->AL22050802   EXCLUSION - ASBESTOS
->AL22090802   EXCLUSION - LEAD
->AL22150604   GENETICALLY MODIFIED EXCLUSION
->FL0111006    ILLINOIS CHANGES
->FL01160994   EXCL-MIGRANT & SEASONAL AG WORKER PROTECTION ACT
->FL04651006   FARM EMPLOYERS LIABILITY
->AC04110507   PREMISES LIABILITY
->AC30130405   PYRAMDING OF LIMITS ENDORSEMENT
->CG00011207   COMMERCIAL GENERAL LIABILITY COVERAGE FORM
->CG02001207   IL CHANGES - CANCELLATION AND NONRENEWAL
->CG21041185   EXCLUSION- PRODUCTS-COMPLETED OPERATIONS
->CG21471207   EMPLOYMENT RELATED PRACTICES EXCLUSION
->CG21671204   FUNGI OR BACTERIA EXCLUSION
->CG21900106   EXCLUSION OF TERRORISM
->IL00030908   CALCULATION OF PREMIUM
->IL00171198   COMMON POLICY CONDITIONS
->IL00210908   NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
->IL00300106   EXCLUSION OF TERRORISM
->IL01180505   IL CHANGES
->IL01620908   ILLINOIS CHANGES - DEFENSE COSTS
->IL02840705   IL CHANGES - CANCELLATION AND NONRENEWAL
->CC1K11E0206  SIGNATURE PAGE
```

AD 90 90 03 03                        COMPANY COPY                        PAGE  3

POLICY NUMBER: FO–167573

**FARM**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLLUTANT CLEAN UP AND REMOVAL

This endorsement modifies insurance provided under the following:

FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS

### Schedule*

| |
|---|
| **Annual Aggregate Limit of Insurance: $** 100,000 |

Coverage **A. Additional Coverages,** item **6. Pollutant Clean Up And Removal** is deleted and replaced by the following:

**6. Pollutant Clean Up And Removal**

We will pay your expenses to extract "pollutants" from land or water if the initial release, discharge or dispersal of the "pollutants" occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**a.** The date of direct physical loss or damage; or

**b.** The end of the policy period.

To be covered under this endorsement, the initial release, discharge or dispersal of the "pollutants" must occur:

**a.** On or away from the "insured location" and is caused by or results from collision, upset or overturn of a vehicle or trailer that is owned or hired by the insured; or

**b.** At the "insured location" and is caused by or results from a Covered Cause of Loss.

The most we will pay under this additional coverage is the sum of all such expenses arising out of all occurrences from **a.** and **b.** above during each separate 12-month period of this policy or the Annual Aggregate Limit of Insurance shown in the Schedule above, whichever is less.

**Exclusions**

We will not pay for loss or damage caused directly or indirectly by any of the following:

**1.** The cost to extract "pollutants" from any land or water if the release, discharge or dispersal of the "pollutants" relates to or arises out of:

   **a.** Underground tanks or containers, flues, pipes or drains; or

   **b.** Foundations of buildings, structures, boilers or machinery if the foundations are below ground; or

   **c.** Is not the initial release, discharge or dispersal of the "pollutants".

**2.** The cost to extract "pollutants" from any land or water, located on or away from the "insured location", which is or was at any time used for the handling, treatment, disposal, reclamation, recycling or storage of waste or reclaimable or recyclable materials by or from any insured or others.

**3.** Consequential expenses, beyond those to extract "pollutants" from land or water, whether or not required by law, governmental regulation or ordinance.

**Deductible**

A special deductible of 10% of the total loss for each occurrence applies to this coverage with a minimum amount of $1,000 and a maximum amount of $5,000.

POLICY NUMBER:  FO-167573

**FARM**
**FP 04 31 01 98**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# INFLATION GUARD

This endorsement modifies insurance provided under the following:

FARM PROPERTY – FARM DWELLINGS, APPURTENANT STRUCTURES AND HOUSEHOLD
PERSONAL PROPERTY COVERAGE FORM
FARM PROPERTY – BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM

### SCHEDULE*

| Annual Rate:    4    % | |
|---|---|
| Buildings Or Structures Not Affected By This Endorsement: | |
| **"Insured Location" No.** | **Building No.** |
|  |  |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

1. The Limits of Insurance for covered buildings and structures to which this endorsement applies will increase at the annual rate shown in the Schedule applied pro rata during each year of the policy period.

2. The amount of increase will be the product of multiplying **a.** by **b.**:

    a. The Limit of Insurance on the inception or last previous anniversary date of this policy.

    b. The percentage of annual increase shown in the Schedule.

3. This endorsement does not apply to any building or structure shown in the Schedule.

POLICY NUMBER: FO-167573

**FARM**
**FL 04 65 10 06**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FARM EMPLOYERS' LIABILITY AND
# FARM EMPLOYEES' MEDICAL PAYMENTS INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
FARM LIABILITY COVERAGE FORM

### SCHEDULE

| (A) Coverages | Limits Of Insurance | |
|---|---|---|
| Farm Employers' Liability | $ $1,000,000 | each "occurrence" |
| Farm Employees' Medical Payments | $ $5,000 | each "farm employee" |
| **(B) Payroll** | **Rate Per $1,000 Of Payroll** | |
| $20,000 | $ $22 | |
|  | $ | |
|  | $ | |

**(C)** The Optional Extension Of Coverage – Occurrences Involving "Motor Vehicle"/"Autos", Watercraft:

☐ applies   ☒ does not apply

**(D)** The Earned Premium For This Coverage:

☒ Is Subject To The Audit Provisions Of This Endorsement.

☐ Is Not Subject To The Audit Provisions Of This Endorsement.

**(E)** Employees To Whom The Provisions Of This Endorsement Do Not Apply:

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## SECTION I – COVERAGES

The following insuring agreements and exclusions are added to **Section I – Coverages** of the Farm Liability Coverage Form and the Commercial General Liability Coverage Form:

**A. Farm Employers' Liability**

**1. Additional Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" to which this insurance applies. The "bodily injury" must:

(1) Be caused by an "occurrence";

(2) Be sustained by a "farm employee"; and

(3) Arise out of and in the course of the injured employee's employment by the insured; this employment must involve ownership, maintenance or use of portions of the "insured location" that are owned or operated for "farming" purposes. As used here, the terms ownership, maintenance and use include operations necessary or incidental to ownership, maintenance and use.

b. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© ISO Properties, Inc., 2005

**c.** We will have the right and duty to defend the insured against any "suit" seeking damages of the kind described in Paragraph **a.** However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" to which this insurance does not apply.

We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result.

But our right and duty to defend end when we have used up the Limit of Insurance shown in the Schedule in payment of judgments or settlements.

**d.** No other obligation or liability to pay sums or perform acts or services is covered, except for the costs, expenses and interest amounts explicitly provided for:

**(1)** In the Farm Liability Coverage Form under Paragraph **a.** of the Additional Coverage Supplementary Payments – Coverages **H** And **I;** or

**(2)** In the Commercial General Liability Coverage Form under Paragraph **1.** of Supplementary Payments – Coverages **A** And **B.**

**2. Additional Exclusions**

The insurance afforded under this endorsement does not apply to:

**a.** "Bodily injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement;

**b.** "Bodily injury" sustained by any "farm employee" unless, within 36 months of the end of the policy period, written claim is made or "suit" is brought against the insured for damages because of the "bodily injury";

**c.** "Bodily injury" sustained by any employee while engaged in the operation or maintenance of aircraft.

This exclusion does not apply to model or hobby aircraft unless used or designed to carry an operator(s), any other person(s) or cargo;

**d.** "Bodily injury" to any employee eligible to receive any benefits that an insured voluntarily provides or is required to provide under any workers' compensation, disability benefits or unemployment compensation law or any similar law;

**e.** "Bodily injury" to any employee employed in violation of law with your knowledge or consent;

**f.** Punitive or exemplary damages for "bodily injury" to any employee employed in violation of law; or

**g.** "Bodily injury" to the spouse, child, parent, brother or sister of a "farm employee" as a consequence of "bodily injury" to that employee.

**B. Farm Employees' Medical Payments**

**1. Additional Insuring Agreement**

**a.** We will pay, to or for each "farm employee" who sustains "bodily injury" caused by an accident, all reasonable medical expenses to which this insurance applies.

The "bodily injury" must arise out of and in the course of the injured employee's employment by the insured, and this employment must involve ownership, maintenance or use of portions of the "insured location" that are owned or operated for "farming" purposes. As used here, the terms ownership, maintenance and use include operations necessary or incidental to ownership, maintenance and use.

**b.** We will pay these expenses regardless of fault.

**c.** Reasonable medical expenses means expenses incurred or medically ascertained for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**d.** This insurance applies only to reasonable medical expenses incurred or medically ascertained within 3 years of the date of the accident.

**2. Optional Extension Of Coverage – Occurrences Involving "Motor Vehicles"/"Autos", Watercraft**

If Item **(C)** of the Schedule indicates that this Optional Coverage Extension applies, the coverage granted under the **Additional Insuring Agreement** in Paragraph **1.** is extended to apply to payment of all reasonable medical expenses to or for each "farm employee" who sustains "bodily injury" in an "occurrence" involving the maintenance, use, operation or "loading or unloading" of a "motor vehicle"/"auto" or watercraft while acting within the scope of his or her "farming" duties. This coverage extension is not additional insurance.

© ISO Properties, Inc., 2005

1209/2006 FO-167573 20387/9C6

### 3. Additional Exclusions

The insurance afforded under this endorsement does not apply to:

**a.** "Bodily injury" sustained by an employee while engaged in the operation or maintenance of aircraft; or

**b.** "Bodily injury" to any employee eligible to receive any benefits that an insured voluntarily provides or is required to provide under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

## SECTION II – WHO IS AN INSURED

**1.** If this endorsement is made a part of a policy containing the Farm Liability Coverage Form, Definition **11.** (Section **IV**) of that Coverage Form does not apply to the insurance afforded under this endorsement.

**2.** If this endorsement is made part of a policy containing the Commercial General Liability Coverage Form, **Section II – Who Is An Insured** of that Coverage Form does not apply to the insurance afforded under this endorsement.

**3.** With respect to the insurance afforded under this endorsement, the following applies:

If you are designated in the Declarations as:

**a.** An individual, you are an insured, and, if they are members of your household, your spouse, and your and your spouse's relatives who are under the age of 21 are also insureds.

**b.** A partnership or joint venture, you are an insured. Your members and partners, and their spouses are also insureds, but only with respect to the conduct of your "farming" operations.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your "farming" operations. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limit of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Persons who sustain "bodily injury"; or

**c.** Claims made or "suits" brought on account of "bodily injury".

**2.** The Limit of Insurance shown in the Schedule for Farm Employers' Liability is the most we will pay for all damages as the result of any one "occurrence".

**3.** The Limit of Insurance shown in the Schedule for Farm Employees' Medical Payments as applicable to each "farm employee" is the most we will pay for all medical expense for "bodily injury" to any one "farm employee" as the result of any one accident.

## SECTION IV – ADDITIONAL DEFINITIONS AND INAPPLICABLE DEFINITIONS

If this endorsement is made part of a policy containing the Commercial General Liability Coverage Form, the following are added to **Section V – Definitions** of that Coverage Form:

**1.** "Farm employee" means any insured's employee whose duties are principally in connection with the maintenance or use of the "insured location" as a farm. These duties include the maintenance or use of the insured's farm equipment.

But "farm employee" does not mean any employee while engaged in any insured's business pursuits other than "farming".

**2.** "Farming" means the operation of an agricultural or aquacultural enterprise, and includes the operation of roadside stands, on your farm premises, maintained solely for the sale of farm products produced principally by you. Unless specifically indicated in the Declarations, farming does not include:

**a.** Retail activity other than that described above; or

**b.** Mechanized processing operations.

**3.** "Insured location" means:

**a.** The farm premises (including grounds and private approaches) shown in the Declarations;

**b.** Premises used by you in conjunction with the farm premises included in Paragraph **a.** above;

**c.** Vacant land owned by or rented to an insured;

**d.** Any part of premises occasionally rented to any insured for "farming" purposes; and

12/09/2008 FO-1675/3 20387/63

e. Any farm premises (including its grounds and private approaches) that you or your spouse acquire during the term of this policy.

If this endorsement is made part of a policy containing the Commercial General Liability Coverage Form, the definitions of "employee", "leased worker", "temporary worker" and "volunteer worker", as shown in Section **V** – Definitions of that Coverage Form, do not apply to the insurance provided under this endorsement.

### SECTION V – AUDIT

1. The premium for this coverage is based on your payroll.

2. The advance premium for this coverage, as determined by the payroll amount and rate indicated in the Schedule, is an estimated premium only. After each anniversary and upon termination of the policy, you must notify us of your payroll during the policy period. We will compute the earned premium using our rules, rates, rating plans, premiums and minimum premiums that apply to this coverage. The due date for audit premiums is the date shown as the due date on the bill. If the earned premium we compute is more than the advance premium, you must pay us the difference. If the earned or minimum premium is less than the advance premium, we will refund the difference.

© ISO Properties, Inc., 2005
FL 04 65 10 06

POLICY NUMBER: FO-167573

IL 00 30 01 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph C) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
| IL | FP0014 |
| | |
| | |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

  **a.** Use or threat of force or violence; or

  **b.** Commission or threat of a dangerous act; or

  **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

  **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

  **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

IL 00 30 01 06        © ISO Properties, Inc., 2004        Page 1 of 2 □

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this item **B.5.**, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Coverage Part or Policy.

**C. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**D. Application Of Other Exclusions**

**1.** When the Exclusion Of Terrorism applies in accordance with the terms of **B.1.** or **B.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2004

POLICY NUMBER: **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS FORM – FARM PROPERTY

The following paragraph is added to Section **E. Exclusions:**

**ASBESTOS**

We will not pay for any loss, damage or debris removal or "clean-up" expense caused directly or indirectly by or resulting from asbestos or asbestos containing materials.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

"Clean-up" includes testing, monitoring, removal, containment, treatment, detoxification or neutralization.

**AP 10 10 03 03**

POLICY NUMBER:                                                                          **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MODIFIED SEEDS, PLANTS, GRAINS, CROPS, ORGANISMS, ANIMALS OR OTHER MATERIAL EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSE OF LOSS FORM - FARM PROPERTY

The following is added to the **Exclusions** section and is therefore not a Covered Cause of Loss:

**Modified Seeds, Plants, Grains, Crops, Organisms, Animals or Other Material**

This insurance does not apply to loss or damage, arising out of or in any way related to "modified" seeds, plants, grains, crops, organisms, animals or other material, however caused, including but not limited to:

**1.** Loss or damage arising out of the actual, alleged or threatened discharge, dispersal, mishandling, migration, pollination, gene flow, inhalation, ingestion, contact with, exposure to, existence of, presence of, release of, or escape of "modified" seeds, plants, grains, crops, organisms, animals or other materials regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such loss or damage;

**2.** Request, demand, claim, suit or order that any "insured" or others abate, test for, monitor, clean up, remove, contain, treat, neutralize, detoxify, remediate, dispose of, or in any way respond to or assess the effects of "modified" seeds, plants, grains, crops, organisms, animals or other materials; or

**3.** Request, demand, claim, suit or order by or on behalf of a governmental authority for damages because of testing for, abating, cleaning up, removing, containing, treating, neutralizing, detoxifying, remediation, disposing of or in any way responding to, or assessing the effects of "modified" seeds, plants, grains, crops, organisms, animals or other materials.

"Modified" means a process through science, engineering or any other method that changes, alters or manipulates the genome, the chromosomes, the sequence of DNA, or the DNA of a gene and includes, but is not limited to zoonosis, gene therapy, breeding, cloning, recombinant DNA technology, transgenic technology and nuclear transfer technology.

The addition of this endorsement does not imply that other policy provisions, including but not limited to any products-completed operations exclusion or pollution exclusion, do not also exclude coverage for "modified" seeds, plants, grains, crops, organisms, animals or other material.

**AP 22 14 04 07**

**FARM**
**FP 00 14 09 03**

# FARM PROPERTY – BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. If the Named Insured shown in the Declarations and spouse are members of the same household, the words "you" and "your" also refer to the spouse. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the Definitions Section of the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions.

## SECTION I – COVERAGES
## COVERAGE G – BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES
### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the "insured location" described in the Declarations, or elsewhere as expressly provided below, caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

All of the following are Covered Property under Coverage **G** of this Coverage Form, provided a Limit of Insurance is shown in the Declarations for the specific type of property:

**a.** Farm buildings and structures other than "dwellings", including attached sheds and permanent fixtures;

**b.** Silos individually described in the Declarations or on a schedule, whether or not attached to buildings;

**c.** Portable buildings and portable structures;

**d.** All fences (except field and pasture fences), corrals, pens, chutes and feed racks;

**e.** Outdoor radio and TV equipment, antennas, masts and towers;

**f.** Improvements and Betterments. Improvements and betterments are additions, alterations, fixtures or installations made part of the described building, but do not include items that may be legally removed by an "insured". If you are a tenant, we cover your use interest in the improvements and betterments you make at your expense to a building you do not own at the "insured location"; and

**g.** Building Materials and Supplies:

**(1)** For use in building, altering or repairing farm buildings or structures; and

**(2)** Kept on or adjacent to the "insured location".

**2. Property Not Covered**

Covered Property does not include:

**a.** Land (including land on which a building or structure is located);

**b.** Water;

**c.** Field or pasture fences;

**d.** Foundations, if below ground, of buildings or structures;

**e.** Pilings, piers, wharves or docks; or

**f.** The cost of excavations, grading, filling or backfilling.

### B. Coverage G Conditions

Coverage **G** is subject to the following Loss Conditions as well as to the Farm Property Conditions (see the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions) and the Common Policy Conditions.

### LOSS CONDITIONS

**1. Fences, Corrals, Pens, Chutes, Feed Racks**

The most we will pay in any one occurrence of loss of or damage to covered fences, corrals, pens, chutes and feed racks is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the value of all covered fences, corrals, pens, chutes and feed racks you own as of the time of loss.

 © ISO Properties, Inc.,  2002 ☐

2. **Portable Buildings And Portable Structures**

The most we will pay in any one occurrence of loss of or damage to portable buildings or portable structures is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the value of all portable buildings and portable structures you own as of the time of loss.

But this Condition does not apply to any portable building or portable structure individually covered under its own Limit of Insurance shown in the Declarations.

3. **Valuation – Property Other Than Improvements And Betterments**

a. If the Replacement Cost Basis option is not expressly indicated in the Declarations, we will, in the event of loss or damage to Covered Property, settle at the actual cash value, as of the time of loss, of the destroyed or damaged part of the structure, but we will not pay more than the amount necessary for repair or replacement.

The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

b. If the Replacement Cost Basis option is expressly indicated in the Declarations, loss valuation will be determined as provided below:

(1) The basis for loss settlement will be determined by the ratio of the applicable Limit of Insurance for the specific building or structure to the full replacement cost of the destroyed or damaged Covered Property. When determining the full replacement cost, the values of the following will be disregarded:

(a) Excavations, footings;

(b) Foundations; and

(c) Piers and other structures or devices that support all or part of Covered Property and are below the undersurface of the lowest basement floor; or, where there is no basement, those below the surface of the ground inside the foundation walls; also underground flues, pipes, wiring and drains.

(2) If the Limit of Insurance on the damaged building or structure is at least 80% of its full replacement cost as of the time of loss, we will settle the loss based on the smallest of the following amounts:

(a) The cost to replace the damaged part of the building or structure with material of like kind and quality and for like use;

(b) The amount actually and necessarily spent to repair or replace the building or structure; or

(c) The applicable Limit of Insurance.

If the structure is rebuilt at a new premises, the cost described in Paragraph **B.3.b.(2)** is limited to the cost that would have been incurred if the structure had been rebuilt at the original premises.

The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

(3) If the Limit of Insurance on the damaged building or structure is less than 80% of its full replacement cost as of the time of loss, we will settle on the basis of **(a)** or **(b)** below, whichever is larger:

(a) The actual cash value, as of time of loss, of the damaged part of the building or structure; or

(b) A proportion of the cost to repair or replace the damaged part of the building or structure, without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement. The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, we will not pay more than the applicable Limit of Insurance, regardless of whether Paragraph **(a)** or **(b)** above applies.

© ISO Properties, Inc., 2002

(4) If your loss qualifies for payment on a replacement cost basis, but the cost of repair or replacement is more than either $2,500 or 5% of the applicable Limit of Insurance, the only basis on which we will settle pending completion of repairs or replacement is actual cash value, as of time of loss, of the damaged part of the building or structure. In case of such a loss you can make an initial claim for payment on the actual cash value basis, and later make a supplementary claim for replacement cost payment. If you elect to exercise this option, you must notify us of your intention in writing within 180 days of the occurrence of the loss.

The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Valuation – Improvements And Betterments**

**a.** If repair or replacement is done at the expense of the "insured" within 12 months after the loss, we will settle the loss on the basis of actual cash value as of time of loss.

**b.** If repair or replacement is not done within 12 months after loss, we will settle on the basis of a proportion of the cost of repair or replacement. The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. The applicable proportion will equal the ratio of Paragraph **(1)** below to Paragraph **(2)** below.

**(1)** The period of time from the loss or damage to the expiration of the lease.

**(2)** The period of time from the installation of the improvements to the expiration of the lease.

Lease means the lease, whether written or oral, in effect at the time of the loss.

If your lease contains a renewal option and if you exercise that option, the expiration of the renewal option period will replace the expiration of the lease in Paragraphs **(1)** and **(2)** above.

**c.** If repair or replacement is done at the expense of others for the use of the "insured", we provide no insurance.

**5. Valuation – Glass Replacement**

We will settle on the basis of the cost to replace damaged glass with safety glazing material, if required by law.

**SECTION II – COVERAGE EXTENSIONS**

**A. Private Power And Light Poles**

We will pay up to $1,000 in any one occurrence as an additional amount of insurance for direct physical loss of or damage to private power and light poles, outside wiring and attachments. Attachments include attached switch boxes, fuseboxes, and other electrical equipment mounted on poles you own at the "insured location". The $1,000 Limit applies in excess of any applicable Deductible.

If specific private power and light poles are shown in the Declarations, the Limits of Insurance shown for them will be in addition to the $1,000 Limit.

**B. New Construction**

**1.** We will pay up to $100,000 for direct physical loss of or damage to new, permanent farm structures at the "insured location" including materials and supplies for use in their construction.

**2.** This Coverage Extension applies only:

**a.** To structures that are not otherwise covered under this or any other policy; and

**b.** To loss caused by aircraft, explosion, fire, lightning, riot or civil commotion, smoke, vandalism, vehicles, windstorm or hail.

**3.** Insurance on each farm structure covered under this Coverage Extension will end as soon as any of the following takes place:

**a.** You report values to us. (We will charge you an additional premium for values reported from the date construction begins or the materials and supplies are delivered.)

**b.** 60 days have elapsed since the first date of delivery of the materials and supplies.

**c.** This policy expires.

**4.** This Coverage Extension is part of, not in addition to, the applicable Limit of Insurance.

 © ISO Properties, Inc.,  2002

**SECTION III – ADDITIONAL COVERAGES**

**A. Extra Expense**

If a Limit of Insurance is shown in the Declarations for Extra Expense Coverage, we will pay, up to that Limit of Insurance, the actual and necessary expenses you incur to resume normal farming operations interrupted as the result of direct physical loss of or damage to Covered Property by a Covered Cause of Loss.

Coverage for such extra expense is not limited by the expiration of this policy. But, we will not pay extra expense you incur after the period required for repair, rebuilding or replacement of Covered Property.

Extra Expense Coverage does not include loss caused by or resulting from the enforcement of any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of, "pollutants".

No deductible applies to this Additional Coverage.

**B. Water Damage**

In the event of water (or steam) damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we:

**1.** Will also pay the necessary cost of tearing out and replacing any part of a covered building or structure so that the damaged system or appliance can be repaired, provided that Special Causes of Loss is shown in the Declarations for Coverage **G** under which the building or structure is covered; but

**2.** Will **not** pay the cost to repair any defect which caused water or steam to escape from a system or appliance containing water or steam.

In this Additional Coverage, a plumbing system does not include a sump, sump pump or related equipment.

This Additional Coverage will not increase the Limit of Insurance provided in this Coverage Part.

**C. Other Additional Coverages**

For other Additional Coverages, see the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions.

**SECTION IV – OTHER PROVISIONS**

**A. Covered Causes Of Loss, Exclusions And Limitations**

See the Causes of Loss Form – Farm Property for Basic, Broad or Special coverage as shown in the Declarations.

**B. Limits Of Insurance**

See the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions.

**C. Deductible**

See the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions.

© ISO Properties, Inc.,  2002
**FP 00 14 09 03**   ☐

**FARM**
**FP 00 90 09 03**

# FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS

## A. Additional Coverages

### 1. Debris Removal

**a.** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**b.** Except as provided in Paragraph **d.** below, the most we will pay under this Additional Coverage is 25% of:

**(1)** The amount we pay for the direct physical loss of or damage to Covered Property; plus

**(2)** The deductible in this policy applicable to that loss or damage.

**c.** This Additional Coverage does not apply to costs to:

**(1)** Extract "pollutants" from land or water; or

**(2)** Remove, restore or replace polluted land or water.

**d.** Debris removal expense is included in the Limit of Insurance applying to the damaged property. But if:

**(1)** The amount payable for the sum of direct physical loss or damage and debris removal expense exceeds the applicable Limit of Insurance; or

**(2)** The debris removal expense exceeds the amount payable under the 25% limitation in Paragraph **b.** above;

an additional 5% of the Limit of Insurance applying to the damaged property will be available to cover debris removal expense.

### 2. Reasonable Repairs

We will pay the reasonable cost to make necessary repairs to protect Covered Property from further damage after a loss insured against has occurred.

Payment under this Additional Coverage will be subject to, not in addition to, the Limit of Insurance applying to the property being repaired.

### 3. Damage To Property Removed For Safekeeping

We will pay for loss to Covered Property damaged by any cause during or up to 30 days after its removal from a building endangered by a Covered Cause of Loss.

Payment under this Additional Coverage will be subject to, not in addition to, the Limit of Insurance applying to the property being removed.

### 4. Fire Department Service Charge

We will pay the liability you have assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect Covered Property from a Covered Cause of Loss. But we will not pay fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

The amount we pay under this Additional Coverage will be in addition to any Limit of Insurance that applies under this Coverage Form.

No deductible applies to this Additional Coverage.

### 5. Collapse

The following Additional Coverage applies when Broad or Special Covered Causes of Loss is specified in the Declarations:

**a.** With respect to buildings:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

**(4)** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is covered under a Farm Property Coverage Form or that contains property covered under a Farm Property Coverage Form, if the collapse is caused by one or more of the following:

**(1)** The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of people or personal property;

**(5)** Weight of rain that collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **b.(1)** through **b.(5)**, we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in Paragraphs **a.(1)** through **a.(4)** do not limit the coverage otherwise provided under the Causes of Loss Form – Farm Property for the causes of loss listed in Paragraphs **b.(1), b.(4)** and **b.(5)**.

**c.** With respect to the following property:

**(1)** Foundations and retaining walls;

**(2)** Underground pipes, flues and drains;

**(3)** Cesspools and septic tanks;

**(4)** Walks, roadways, patios and other paved surfaces;

**(5)** Awnings;

**(6)** Fences;

**(7)** Outdoor equipment including yard fixtures;

**(8)** Swimming pools; and

**(9)** Bulkheads, docks, piers and wharves;

if the collapse is caused by a cause of loss listed in Paragraphs **b.(2)** through **b.(6)**, we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the collapse of a building insured under a Farm Property Coverage Form; and

**(2)** The property is Covered Property under a Farm Property Coverage Form.

**d.** This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

**6. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the "insured location" if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land and water.

The most we will pay under this Additional Coverage, for each location listed in the Declarations as an "insured location", is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**B. Farm Property Conditions**

In addition to the Common Policy Conditions and the Conditions in the individual Coverage Forms, the following apply:

**LOSS CONDITIONS**

**1. Abandonment**

There can be no abandonment of any property to us.

© ISO Properties, Inc., 2002

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that the selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** In the event of loss or damage to Covered Property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any "insured" under oath, while not in the presence of any other "insured" and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an "insured's" books and records. In the event of an examination, an "insured's" answers must be signed.

**4. Insurance Under Two Or More Coverages**

If two or more of this policy's Coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**5. Legal Action Against Us**

No one may bring a legal action against us under a Coverage Form to which this Condition applies, unless:

**a.** There has been full compliance with all of the terms of this Coverage Form; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**6. Loss Payment**

**a.** In the event of loss or damage insured against under a Coverage Form to which this Condition applies, at our option we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to Paragraph **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild, or replace the property with other of like kind and quality, subject to Paragraph **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in the Coverage Form or any applicable provision that amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** We will give notice of our intentions within 30 days after we receive the proof of loss.

**e.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all the terms of the Coverage Form, and

   (1) We have reached agreement with you on the amount of loss; or

   (2) An appraisal award has been made.

**f.** We may adjust losses with the owners of lost or damaged property if other than you. Our payment for such losses will only be for the owners' account. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**g.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**7. Pair, Sets Or Parts**

   **a. Pair Or Set**

   In case of loss or damage to any part of a pair or set, we may:

   (1) Repair or replace any part to restore the pair or set to its value before the loss; or

   (2) Pay the difference between the value of the pair or set before and after the loss.

   **b. Parts**

   In case of loss or of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**8. Other Insurance And Service Agreement**

   **a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under the applicable Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under the Coverage Form bears to the limits of insurance of all insurance covering on the same basis.

   **b.** If there is other insurance covering the same loss or damage, other than that described in Paragraph **8.a.** above, we will pay only the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

   **c.** In the settlement of loss or damage to farm machinery, vehicles or equipment covered under Coverage **E** that you have borrowed or rented, Paragraph **b.** of this Condition will not apply.

   **d.** If loss or damage is also covered by a service agreement, any amounts payable for such loss or damage under this Coverage Form will be excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service or warranty agreement, even if it is characterized as insurance.

**9. Recovered Property**

   If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**10. Transfer Of Rights Of Recovery Against Others To Us**

   If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   **a.** Prior to loss.

    © ISO Properties, Inc.,  2002

   **b.** After a loss, only if at the time of loss, that party is one of the following:

     **(1)** Someone insured by this insurance;

     **(2)** A business firm:

       **(a)** Owned or controlled by you; or

       **(b)** That owns or controls you; or

     **(3)** Your tenant.

   This will not restrict your insurance.

**11. Unoccupancy And Vacancy**

   **a.** If a building or structure is "vacant" or "unoccupied" beyond a period of 120 consecutive days, the Limits of Insurance applicable to the building or structure and its contents will be automatically reduced by 50%, unless we extend the period of "vacancy" or "unoccupancy" by endorsement made a part of the applicable Coverage Form.

   **b.** In addition to the penalty described in Paragraph **a.** above, "unoccupancy" or "vacancy" results in certain exclusions or limitations applicable to certain causes of loss. See Causes of Loss Form – Farm Property.

**GENERAL CONDITIONS**

**1. Concealment, Misrepresentation Or Fraud**

   This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

   **a.** This insurance;

   **b.** The Covered Property;

   **c.** Your interest in the Covered Property; or

   **d.** A claim under this insurance.

**2. Control Of Property**

   Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

   The breach of any condition of this insurance at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**3. Liberalization**

   If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to any Farm Property Coverage Form that is affected by the liberalization and is a part of this policy.

**4. Mortgageholders**

   **a.** The term mortgageholder includes trustee.

   **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

   **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

   **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this insurance, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

     **(1)** Pays any premium due under the affected Coverage Forms at our request if you have failed to do so;

     **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

     **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of the affected Coverage Forms will then apply directly to the mortgageholder.

   **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of the Coverage Forms involved:

     **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

     **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

     **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

     **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**5. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**6. Policy Period**

We cover loss or damage commencing during the policy period shown in the Declarations.

**C. Definitions**

The following words and phrases have a special meaning throughout the Farm Property Coverage Forms:

**1.** "Business property" means property pertaining to any trade, profession or occupation other than farming.

**2.** "Dwelling" means a building used principally for family residential purposes, and includes mobile homes and modular and prefabricated homes.

"Dwelling" does not mean a building used in such agricultural operations as storage of farm produce, "livestock" or "poultry".

**3.** "Farm personal property" means equipment, supplies and products of farming or ranching operations, including but not limited to feed, seed, fertilizer, "livestock", other animals, "poultry", grain, bees, fish, worms, produce and agricultural machinery, vehicles and equipment.

**4.** "Insured" means you and, if you are an individual, the following members of your household:

**a.** Your relatives;

**b.** Any other person under the age of 21 who is in the care of any person specified above;

**c.** A student enrolled in school full time, as defined by the school, who was a member of your household before moving out to attend school, provided the student is under the age of:

    **(1)** 24 and your relative; or

    **(2)** 21 and in your care or the care of a person specified in Paragraph **a.**

**5.** "Insured location" means any location, including its private approaches, described in the Farm Property Declarations.

**6.** "Livestock" means cattle, sheep, swine, goats, horses, mules and donkeys.

**7.** "Money" means currency, coins and bank notes in current use and having a face value; also scrip, stored value cards and smart cards, travelers' checks, register checks and money orders held for sale to the public.

**8.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**9.** "Poultry" means fowl kept by you for use or sale.

**10.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt used in connection with credit or charge cards, which cards are not issued by you.

But "securities" does not include "money".

**11.** "Unoccupancy" or "unoccupied" means the condition of:

**a.** A "dwelling" (except while being constructed) not being lived in; or

**b.** Any other building or structure (except while being constructed) not being used;

even if it contains furnishings or other property customary to its intended use or occupancy.

**12.** "Vacancy" or "vacant" means the condition of a building or structure (except while being constructed) not containing sufficient furnishings or other property customary to its intended use or occupancy.

**13.** "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land into man-made underground cavities.

© ISO Properties, Inc.,  2002

    **b.** Falling objects does not include loss or damage to:

      **(1)** Personal property in the open;

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object; or

      **(3)** The falling object itself.

    **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the "insured location" and contains water or steam.

### D. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the lesser of the following:

**1.** The applicable Limit of Insurance shown in the Declarations; or

**2.** The applicable Special Limit of Insurance described under Section **A** of each applicable Coverage.

### E. Deductible

We will not pay for loss, damage or expense in any one occurrence until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss, damage or expense in excess of that Deductible, up to the applicable Limit of Insurance or Special Limit of Insurance.

In the event that you sustain, from the same occurrence, losses or expenses in excess of the applicable Deductibles under two or more Coverages, only the highest applicable Deductible amount will apply.

**FARM**
**FP 01 60 03 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART

**A.** The exclusion set forth in Paragraph **B.** applies to all property coverage under all forms and endorsements that comprise this Coverage Part, including but not limited to coverage forms or endorsements that cover:

  **1.** Property damage to buildings, structures, personal property, "livestock" or "mobile agricultural machinery and equipment"; or

  **2.** Income loss, extra expense, fair rental value, additional living expenses or action of civil authority.

**B.** We will not pay for loss ("loss") or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** With respect to any loss ("loss") or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The terms of the exclusion in Paragraph **B.** do not serve to create coverage for any loss ("loss") that would otherwise be excluded under this Coverage Part.

**FARM**
**FP 10 21 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART including any attached endorsement that may provide specialized coverage on computers, but not including the FARM LIABILITY COVERAGE FORM

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

   **a.** Any of the following, whether belonging to any "insured" or to others:

   **(1)** Computer hardware, including microprocessors, or other "electronic data processing equipment" as may be defined elsewhere in this policy;

   **(2)** Computer application software, including "electronic media and records" as may be defined elsewhere in this policy;

   **(3)** Computer operating systems and related software;

   **(4)** Computer networks;

   **(5)** Microprocessors (computer chips) not part of any computer system; or

   **(6)** Any other computerized or electronic equipment or components; or

   **b.** Any other products or any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **1.a.** above;

  due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by or for any "insured" to determine, rectify or test for, any potential or actual problems described in Paragraph **1.** above.

**B.** If an excluded cause of loss as described above in Paragraph **A.** results in:

  **1.** A "specified cause of loss" under the Special Causes of Loss; or

  **2.** A Covered Cause of Loss under the Basic or Broad Causes of Loss;

  we will pay only for the loss ("loss") or damage caused by such "specified cause of loss" or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** or **b.** above to correct any deficiencies or change any features.

**FARM**
**FP 10 60 09 03**

# CAUSES OF LOSS FORM – FARM PROPERTY

Words and phrases that appear in quotation marks have special meaning. Refer to the Definitions Section of the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions.

**A. Covered Causes Of Loss**

Covered Causes Of Loss means the causes as described and limited under either Paragraph **B.** or **C.** or **D.** below in accordance with a corresponding entry of either Basic or Broad or Special, respectively, on the Declarations opposite each Coverage or property to which this insurance applies. Covered Causes of Loss are also limited by the Exclusions in Section **E.**

However, certain property is covered only for particular causes of loss, as listed under the following items: the Coverage Extension to Coverage **A;** Paragraphs **1.b., 1.c.(2), 1.e., 1.k., 1.l., 1.m., 1.n.** and **1.o.** of Coverage **E** Covered Property; Paragraphs **1.a.** and **1.b.(2)** of Coverage **F** Covered Property; **G.** of the Coverage Extensions to Coverage **E;** and Paragraph **B.** of the Coverage Extensions to Coverage **G.**

**B. Covered Causes Of Loss – Basic**

Subject to the provisions in Section **A.,** when Basic is shown in the Declarations, Covered Causes of Loss means the following:

**1. Fire Or Lightning**

We will not pay for loss of or damage to buildings, or contents usual to a tobacco barn, if that loss or damage:

**a.** Results from the use of open fire for curing or drying tobacco in the barn; and

**b.** Occurs during, or within the 5-day period following, open-fire curing or drying.

**2. Windstorm Or Hail,** but not including:

**a.** Frost or cold weather;

**b.** Ice (other than hail), snow or sleet, whether driven by wind or not; or

**c.** Loss of or damage to:

**(1)** The interior of any building or structure, or the property inside a building or structure, caused by rain, snow, sleet, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sleet, sand or dust enters; or

**(2)** Watercraft or their trailers, furnishings, equipment or outboard motors unless within a fully enclosed building.

**(3)** Under Coverage **E** or Coverage **F:**

**(a)** "Livestock" or "poultry" when caused by running into streams, ponds or ditches, or against fences or other objects; or from smothering; or resulting directly or indirectly from fright;

**(b)** "Livestock" or "poultry" when caused by freezing or smothering in blizzards or snowstorms; or

**(c)** Dairy or farm products in the open other than hay, straw or fodder.

**3. Explosion,** including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages of such a vessel from which the gases of combustion pass.

But under Coverages **E, F** and **G** this cause of loss does not include loss or damage caused by or resulting from:

**a.** Explosion of alcohol stills, steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**b.** Electric arcing;

**c.** Rupture or bursting of water pipes;

**d.** Rupture, bursting or operation of pressure relief devices; or

**e.** Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water.

**4. Riot Or Civil Commotion,** including:

**a.** Acts of striking employees while occupying the "insured location"; and

**b.** Looting occurring at the time and place of a riot or civil commotion.

**5. Aircraft,** meaning only loss or damage caused by or resulting from:

**a.** Contact of an aircraft, spacecraft or self-propelled missile with Covered Property or with a building or structure containing Covered Property; or

**b.** Objects falling from aircraft.

6. **Vehicles,** meaning only loss or damage caused by contact of a vehicle, or of an object thrown up by a vehicle, with Covered Property or with a building or structure containing Covered Property.

This cause of loss does not include loss or damage to:

a. "Livestock"; or

b. A fence, driveway or walk.

However, we will provide coverage under this cause of loss if the fence, driveway or walk is appurtenant to a covered "dwelling" and the vehicle that caused the loss or damage was not owned or operated by a resident of the "dwelling".

7. **Smoke,** causing sudden and accidental loss or damage, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This cause of loss does not include loss or damage by smoke from agricultural smudging or industrial operations.

8. **Vandalism**

This cause of loss does not include loss of or damage to:

a. A building or structure, or its contents, if the building or structure has been "vacant" for more than 30 consecutive days immediately before the loss;

b. Any device or instrument, for the transmitting, recording, receiving or reproduction of sound or pictures, that is operated by power from the electrical system of a motor vehicle or mobile agricultural vehicle, unless it is:

(1) Covered Property; and

(2) Permanently installed in the motor vehicle or mobile agricultural vehicle ; or

c. While in or upon a motor vehicle or mobile agricultural vehicle, any tape, wire, record, disc or other medium for use with any device or instrument that transmits, records, receives or reproduces sound or pictures and that is operated by power from the electrical system of the motor vehicle or mobile agricultural vehicle.

9. **Theft,** including attempted theft and loss of property from a known location when it is likely that the property has been stolen.

This cause of loss does not include loss caused by or resulting from theft:

a. Due to unauthorized instructions to transfer property to any person or to any place;

b. Under Coverage **A, B** or **G:**

In or from a building or structure under construction, or of materials and supplies for use in such construction, until the building or structure is completed and occupied;

c. Under Coverage **A, B** or **C:**

(1) From that part of your principal residence, including its grounds and appurtenant structures, which you rent to someone who is not an "insured";

(2) With respect to household personal property away from the "insured location", of:

(a) Property at any residence owned by, rented to, or occupied by, an "insured", except while an "insured", is temporarily residing there.

But property of a student who is an "insured" is covered at a residence away from home provided the student has been there at any time during the 45 days immediately preceding the loss;

(b) Any watercraft, its furnishings, equipment or outboard motors; or

(c) Trailers or campers;

d. Under Coverage **E** or **F:**

(1) Discovered on taking inventory;

(2) Due to wrongful conversion or embezzlement;

(3) Due to disappearance of any "farm personal property" unless there is evidence that the property was stolen; or

(4) Due to acceptance of counterfeit money, fraudulent post office or express money orders, or checks or promissory notes not paid upon presentation ;

e. Of any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures, that is operated by power from the electrical system of a motor vehicle or mobile agricultural vehicle, unless it is:

(1) Covered Property; and

(2) Permanently installed in the motor vehicle or mobile agricultural vehicle; or

© ISO Properties, Inc., 2002

**FP 10 60 09 03**

**f.** While in or upon a motor vehicle or mobile agricultural vehicle, of any tape, wire, record, disc or other medium for use with any device or instrument that transmits, records, receives or reproduces sound or pictures and that is operated by power from the electrical system of the motor vehicle or mobile agricultural vehicle.

**10. Sinkhole Collapse,** meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**a.** The cost of filling sinkholes; or

**b.** Sinking or collapse of land into man-made underground cavities.

**11. Volcanic Action,** meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**a.** Airborne volcanic blast or airborne shock waves;

**b.** Ash, dust or particulate matter; or

**c.** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the Covered Property.

**12. Collision – Coverages E And F Only**

**a. Causing Damage To Covered Farm Machinery**

We will pay for loss of or damage to covered farm machinery caused by collision or overturn of that machinery. Collision means accidental contact of the farm machinery with another vehicle or object.

Under this cause of loss we will not pay for loss or damage:

**(1)** To tires or tubes unless the damage is coincidental with other damage to the farm machinery or implement; or

**(2)** Caused by foreign objects taken into any farm machine or mechanical harvester.

**b. Causing Death Of Covered Livestock**

We will pay for loss of covered "livestock" caused by:

**(1)** Collision or overturn of a vehicle on which the "livestock" are being transported. Collision means accidental contact of that vehicle with another vehicle or object; or

**(2)** "Livestock" running into or being struck by a vehicle while the "livestock" are crossing, moving along or standing in a public road.

But we will not pay for loss if a vehicle owned or operated by an "insured":

**(1)** Collides with the vehicle on which the "livestock" are being transported; or

**(2)** Strikes "livestock" crossing, moving along or standing in a public road.

**c. Causing Damage To Other Farm Personal Property**

We will pay for loss of or damage to covered "farm personal property" (other than that described in Paragraph **a.** or **b.** above) in or upon a motor vehicle, caused by collision or overturn of that vehicle. Collision means accidental contact of the motor vehicle with another vehicle or object.

**13. Earthquake Loss To "Livestock"**

**14. Flood Loss To "Livestock",** meaning only loss or damage caused by or resulting from flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not.

**C. Covered Causes Of Loss – Broad**

Subject to the provisions in Section **A.,** when Broad is shown in the Declarations, Covered Causes Of Loss means the Covered Causes of Loss under Section **B.** Covered Causes Of Loss – Basic, plus the following:

**15. Electrocution Of Covered Livestock**

**16. Attacks On Covered Livestock By Dogs Or Wild Animals**

This cause of loss does not include loss or damage:

**a.** To sheep; or

**b.** Caused by dogs or wild animals owned by you, your employees or other persons residing on the "insured location".

**17. Accidental Shooting Of Covered Livestock**

This cause of loss does not include loss or damage caused by you, any other "insured", your employees, or other persons residing on the "insured location".

**18. Drowning Of Covered Livestock From External Causes**

This cause of loss does not include loss resulting from the drowning of swine under 30 days old.

© ISO Properties, Inc., 2002

19. **Loading/Unloading Accidents,** meaning sudden, unforeseen and unintended events causing or necessitating death of covered "livestock" and occurring while they are being unloaded from or loaded onto vehicles used or to be used to transport them.

   This cause of loss does not include loss caused by or resulting from disease.

20. **Breakage Of Glass Or Safety Glazing Material** that is part of a building or structure, storm door or storm window.

   Under this cause of loss, we will not pay for loss if the building or structure which contained the glass, including door or window glass, has been "vacant" for more than 30 consecutive days immediately before the loss.

21. **Falling Objects**

   But we will not pay for loss or damage to:

   **a.** Personal property in the open;

   **b.** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object; or

   **c.** The falling object itself.

22. **Weight Of Ice, Snow Or Sleet** causing damage to a building or to any property inside a building.

   But under this cause of loss we will not pay for loss by pressure or weight of water in any form, whether driven by wind or not, to any:

   **a.** Foundation or retaining wall;

   **b.** Pavement or patio;

   **c.** Awning;

   **d.** Fence;

   **e.** Outdoor equipment;

   **f.** Swimming pool; or

   **g.** Bulkhead, dock, pier or wharf.

23. **Sudden And Accidental Tearing Apart,** cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective system, or an appliance for heating water.

   Under this cause of loss we will not pay for loss or damage caused by or resulting from freezing.

24. **Accidental Discharge Or Leakage Of Water Or Steam** from within a plumbing, heating, air conditioning or other system or appliance that is located on the "insured location" and contains water or steam.

   Under this cause of loss we will pay for loss of or damage to covered personal property provided that Broad is shown in the Declarations for the coverage applicable to that personal property. If any part of a building or structure to which Coverage **A, B** or **G** applies must be torn out and replaced so that repairs can be made to the damaged system or appliance, we will also pay the necessary costs involved, provided that Broad is shown in the Declarations for the coverage applying to that building or structure.

   We will not pay:

   **a.** For loss or damage caused by discharge or leakage from a sump or related equipment and parts, including overflow due to sump pump failure or excessive volume of water;

   **b.** The cost to repair any defect that caused the loss or damage;

   **c.** For loss or damage caused by discharge or leakage in a building or structure "vacant" for more than 30 consecutive days immediately before the loss;

   **d.** For loss or damage caused by or resulting from freezing; or

   **e.** For loss or damage caused by or resulting from discharge or leakage from roof drains, gutters, downspouts or similar fixtures or equipment.

25. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective system or of a household appliance but only if

   you have used reasonable care to:

   **a.** Maintain heat in the building or structure; or

   **b.** Shut off the water supply and drain all systems or appliances of water.

   However, if the building or structure is protected by an automatic fire protective system, you must use reasonable care to continue the water supply and maintain heat in the building or structure for coverage to apply.

   A plumbing system does not include a roof drain, gutter, downspout or similar fixtures or equipment.

26. **Sudden And Accidental Damage** from artificially generated electrical current – Applicable Only to Coverages **A, B, C** and **D.**

This cause of loss does not include loss of or damage to:

**a.** Tubes, transistors or integrated circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus. Integrated circuitry includes, but is not limited to, chips, transformers, resistors, diodes, wafers and rectifiers; or

**b.** Laser or infrared devices used to operate or assist in the operation of any appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**D. Covered Causes of Loss – Special**

Subject to the provisions in Section **A.,** when Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is excluded in the following paragraphs or in Section **E.** Exclusions.

**1.** We will not pay for loss or damage caused by or resulting from:

**a.** Fire, if that loss or damage is sustained by buildings or contents usual to tobacco barns as the result of using open fire for curing or drying tobacco in the barn, and occurs:

**(1)** While tobacco is being fired; or

**(2)** Within the 5-day period following tobacco firing in the barn.

**b.** Collapse, except as provided in the Additional Coverage entitled Collapse. But if collapse results in a Covered Cause of Loss at the "insured location", we will pay for the loss or damage caused by that Covered Cause of Loss.

**c.** Windstorm or hail to:

**(1)** Dairy or farm products in the open;

**(2)** Watercraft or their trailers, furnishings, equipment or outboard motors, unless within a fully enclosed building.

**d.** Rain, snow, ice or sleet to personal property in the open;

**e.** Rain, snow, sleet, sand or dust, whether driven by wind or not, to the interior of any building or structure or the property inside a building or structure, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sleet, sand or dust enters;

**f.** Freezing, thawing, or pressure or weight of water or ice whether or not driven by wind, to any:

**(1)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of any property covered under Coverages **A, B** or **G;**

**(2)** Retaining wall or bulkhead that does not support all or part of a building or structure;

**(3)** Pavement or patio;

**(4)** Fence;

**(5)** Swimming pool; or

**(6)** Dock, pier or wharf.

**g.** Discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective system or from within a household appliance:

**(1)** That occurs on the "insured location", but is caused by discharge that takes place off the "insured location";

**(2)** Caused by or resulting from freezing. This provision does not apply if you have used reasonable care to:

**(a)** Maintain heat in the building or structure; or

**(b)** Shut off the water supply and drain all systems or appliances of water.

However, if the building or structure is protected by an automatic fire protective system, you must use reasonable care to continue the water supply and maintain heat in the building or structure for coverage to apply.

**(3)** Due to any cause other than freezing and occurring in a building or structure "vacant" for more than 30 consecutive days immediately before the loss.

**h.** Any of the following occurrences, if they take place in buildings or structures covered under Coverage **G** or if the property destroyed or damaged is "farm personal property":

**(1)** Explosion of alcohol stills, steam boilers, steam pipes or steam engines, if you own, lease or operate them;

**(2)** Conditions or events (other than explosions) inside hot water boilers or other heating equipment, to the extent that they cause loss or damage to these boilers or equipment;

**(3)** Rupture, bursting or operating of pressure relief devices; or

**(4)** Rupture or bursting due to expansion of the contents of any building or structure, if the expansion is caused by or results from water.

But this exclusion does not apply to loss or damage caused by explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**i.** Under Coverage **A, B** or **C,** theft from that part of your principal residence, including its grounds and appurtenant structures, which you rent to someone who is not an "insured";

**j.** Under Coverage **B** or **G,** theft in or from a building or structure under construction, or of materials and supplies for use in such construction until the building or structure is completed and occupied;

**k.** Under Coverage **A, B** or **C,** theft of the following property away from the "insured location":

**(1)** Property at any residence owned by, rented to, or occupied by, an "insured", except while an "insured" is temporarily residing there.

But we will pay for loss by theft of the property of a student who is an "insured" from a residence away from home, provided the student was there at any time during the 45 days immediately preceding the loss.

**(2)** Any watercraft, its furnishings, equipment or outboard motors; or

**(3)** Trailers or campers;

**l.** Inventory shortage;

**m.** Disappearance of any "farm personal property" or portable building or structure unless there is evidence that the property was stolen;

**n.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense;

**o.** Unauthorized instructions to transfer property to any person or to any place;

**p.** Theft of or vandalism to:

**(1)** Any device or instrument, for the transmitting, recording, receiving or reproduction of sound or pictures, that is operated by power from the electrical system of a motor vehicle or mobile agricultural vehicle, unless it is:

**(a)** Covered Property; and

**(b)** Permanently installed in the motor vehicle or mobile agricultural vehicle.

**(2)** While in or upon a motor vehicle or mobile agricultural vehicle, any tape, wire, record, disc or other medium for use with any device or instrument that transmits, records, receives or reproduces sound or pictures and that is operated by power from the electrical system of the motor vehicle or mobile agricultural vehicle.

**q.** Vandalism or breakage of glass or safety glazing material, if the building or structure was "vacant" for more than 30 consecutive days immediately before the loss.

**r.** Dishonest or criminal acts committed by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose, regardless of whether:

**(1)** That person acts alone or in collusion with others; or

**(2)** The act is committed during the hours of employment.

This exclusion does not apply to loss by acts of destruction committed by your striking employees (including leased employees), but it does apply to employee (including leased employee) theft

**s.** Transport of "farm personal property", except to the extent of the coverage afforded under Covered Causes of Loss – Basic and Broad.

**t.** Any cause included in the following list if that loss or damage is sustained by farm machinery:

**(1)** Collision, upset or overturn of farm machinery or equipment, to the extent of any loss of or damage to the tires or inner tubes of such machinery or equipment. But we will pay for the loss of or damage to the tires or inner tubes if the same accident causes other covered loss to the same machinery or equipment.

 © ISO Properties, Inc.,  2002

**(2)** Foreign objects being taken into any farm machine or mechanical harvester.

**u.** Artificially generated electric current, including electric arcing, that disturbs any electrical devices, appliances or wires; or under Coverages **A, B, C** and **D**, any tubes, transistors or integrated circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus, or laser or infrared devices used to operate or assist in the operation of any appliances, fixtures, computers, home entertainment units or other types of electronic apparatus. Integrated circuitry includes, but is not limited to, chips, transformers, resistors, diodes, wafers and rectifiers.

But:

**(1)** Under Coverages **A, B, C** and **D**, we will pay for loss of or damage to electric devices, appliances or wires, provided the damage is sudden and accidental.

**(2)** If artificially generated electric current results in fire, we will pay for the loss or damage caused by that fire.

**v.** Smoke, vapor or gas from agricultural smudging or industrial operations, to any building, structure or personal property.

**w.** The following causes of loss to any building, structure or personal property:

**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, vermin, rodents, insects or domestic animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(7)** Dampness or dryness of atmosphere;

**(8)** Changes in temperature or extremes of heat or cold, including freezing. But this exclusion does not apply to freezing of a plumbing, heating, air conditioning or automatic fire protective system or freezing of a household appliance, if you have used reasonable care to:

**(a)** Maintain heat in the building or structure; or

**(b)** Shut off the water supply and drain all systems or appliances of water.

However, if the building or structure is protected by an automatic fire protective system, you must use reasonable care to continue the water supply and maintain heat in the building or structure for coverage to apply.

**(9)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **w.(1)** through **w.(9)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following, Paragraphs **2.a.** through **2.c.** But if an excluded cause of loss that is listed in Paragraphs **2.a.** through **2.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion applies only if weather conditions contribute in any way with a cause or event excluded in Section **E.** Exclusions, to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the "insured location".

 © ISO Properties, Inc., 2002 □

**3.** We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

Under Paragraphs **1.**, **2.** and **3.**, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

## E. Exclusions

The following Exclusions apply when any or all of the Covered Causes of Loss, Basic, Broad or Special, are specified in the Declarations.

We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**1. Ordinance Or Law**

The enforcement of any ordinance or law:

**a.** Regulating the construction, use or repair of any property; or

**b.** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

**a.** An ordinance or law that is enforced even if the property has not been damaged; or

**b.** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**2. Earth Movement**

**a.** Earthquake, including any earth sinking, rising or shifting related to such event;

**b.** Landslide, including any earth sinking, rising or shifting related to such event;

**c.** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**d.** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions that cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

This exclusion applies whether the Earth Movement, as described in Paragraphs **a.** through **d.** above, is caused by human or animal forces or any act of nature.

But:

**(1)** If Earth Movement, as described in Paragraphs **a.** through **d.** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion; or

**(2)** If:

**(a)** Loss or damage to farm machinery, vehicles and equipment covered for the Special Causes of Loss; or

**(b)** Loss to "livestock";

is caused by earthquake, as described in **a.** above, this Earth Movement exclusion does not apply to such loss or damage.

**e.** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire or volcanic action, we will pay for the loss or damage caused by that fire or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(1)** Airborne volcanic blast or airborne shock waves;

**(2)** Ash, dust or particulate matter; or

**(3)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to Covered Property.

**3. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

© ISO Properties, Inc., 2002

**4. Intentional Loss**

We will not pay for loss or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**5. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**6. Utility Services**

The failure of power or other utility service supplied to the "insured location", however caused, if the failure occurs away from the "insured location", except as provided under Coverage **C.** Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**7. Neglect**

Neglect, meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**8. War And Military Action**

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**9. Water**

**a.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**b.** Mudslide or mudflow;

**c.** Water that backs up or overflows from a sewer, drain or sump; or

**d.** Water under the ground surface pressing on, or flowing or seeping through:

**(1)** Foundations, walls, floors or paved surfaces;

**(2)** Basements, whether paved or not; or

**(3)** Doors, windows or other openings.

But:

**(1)** If water, as described in Paragraphs **9.a.** through **d.** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage; or

**(2)** If loss or damage to:

**(a)** Farm machinery, vehicles and equipment covered for the Special Causes of Loss; or

**(b)** "Livestock";

is caused by water as described in Paragraph **9.a.** above, this Water exclusion does not apply to such loss or damage.

Exclusions **E.1.** through **E.9.** apply whether or not the loss event results in widespread damage or affects a substantial area.

POLICY NUMBER:                                                          **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

    FARM LIABILITY COVERAGE FORM

This insurance does not apply to any loss, demand, claim or "suit" arising out of or related in any way to asbestos or asbestos-containing materials

**AL 22 05 08 02**

POLICY NUMBER:                                                                                              **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

FARM LIABILITY COVERAGE FORM

This insurance does not apply to, and we shall have no duty of any kind with respect to, any injury, damage, expense, cost, loss, liability or legal obligation arising out of or allegedly arising out of or in any way related to the toxic properties of lead or lead-containing products, materials or substances.

This exclusion applies to all forms of lead, including but not limited to solid, liquid, vapor and fumes.

This exclusion applies, but is not limited, to any injury, damage, expense, cost, loss, liability or legal obligation to test for, monitor, abate, remove, or take any other remedial action with respect to lead or lead-containing products, materials or substances.

The addition of this endorsement does not imply that other policy provisions, including but no limited to any pollution exclusion, do not also exclude coverage for lead-related injury, damage, expense, cost, loss, liability or legal obligation.

**AL 22 09 08 02**

POLICY NUMBER: **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MODIFIED SEEDS, PLANTS, GRAINS, CROPS, ORGANISMS, ANIMALS OR OTHER MATERIAL EXCLUSION

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to any injury, damage, expense, cost, loss, liability or legal obligation arising out of or in any way related to "modified" seeds, plants, grains, crops, organisms, animals or other material, however caused, including but not limited to:

**1.** "Bodily injury" and "property damage" arising out of the actual, alleged or threatened discharge, dispersal, mishandling, migration, pollination, gene flow, inhalation, ingestion, contact with, exposure to, existence of, presence of, release of, or escape of "modified" seeds, plants, grains, crops, organisms, animals or other materials regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage;

**2.** Request, demand, claim, suit or order that any "insured" or others abate, test for, monitor, clean up, remove, contain, treat, neutralize, detoxify, remediate, dispose of, or in any way respond to or assess the effects of "modified" seeds, plants, grains, crops, organisms, animals or other materials; or

**3.** Request, demand, claim, suit or order by or on behalf of a governmental authority for damages because of testing for, abating, cleaning up, removing, containing, treating, neutralizing, detoxifying, remediation, disposing of or in any way responding to, or assessing the effects of "modified" seeds, plants, grains, crops, organisms, animals or other materials.

"Modified" means a process through science, engineering or any other method that changes, alters or manipulates the genome, the chromosomes, the sequence of DNA, or the DNA of a gene and includes, but is not limited to zoonosis, gene therapy, breeding, cloning, recombinant DNA technology, transgenic technology and nuclear transfer technology.

We shall have no duty to defend any claim or "suit" arising out of or in any way related to "modified" seeds, plants, grains, crops, organisms, animals or other material excluded by this endorsement.

The addition of this endorsement does not imply that other policy provisions, including but not limited to any products-completed operations exclusion or pollution exclusion, do not also exclude coverage for "modified" seeds, plants, grains, crops, organisms, animals or other material.

**AL 22 15 06 04**

**FARM**
**FL 01 11 10 06**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

**A.** Under Coverage **H** – Bodily Injury And Property Damage Liability, **2.** Exclusions:

**1.** Exclusion **2.m.** is replaced by the following:

**m.** "Bodily injury" or "property damage" arising out of the transmission of disease by an "insured" through sexual contact.

**2.** Exclusion **2.q.** is replaced by the following:

**q.** "Bodily injury" to you or to any "insured" within the meaning of "insured" as defined in Paragraph **11.a.(1)** in Section **IV** – Definitions.

**(1)** This exclusion, **2.q.,** also applies to any claim made or "suit" brought against you or any "insured" to:

**(a)** Repay; or

**(b)** Share damages with;

another person who may be obligated to pay damages because of such "bodily injury".

**(2)** This exclusion, **2.q.,** does not apply to liability that an "insured" incurs solely, or that an "insured" must share with a third party subsequent to settlement of a "suit" establishing that party's liability, for "bodily injury" inflicted in an "occurrence" that involves:

**(a)** A "motor vehicle", while on premises you own or rent, except those described in Paragraph **a., c., d., e.** or **f.** of the "mobile equipment" definition; or

**(b)** A motorized golf cart while used for golfing purposes.

However, this exception, in Paragraph **2.q.(2),** applies only if the "occurrence" involves maintenance or use of such vehicle by an "insured" other than:

**(i)** You; or

**(ii)** A member of your household who is:

**i.** Either your relative or is under the age of 21 and in the care of you or such a relative; or

**ii.** A student enrolled in school full time, as defined by the school, who was a member of your household before moving out to attend school, provided the student is under the age of:

**(i)** 24 and your relative; or

**(ii)** 21 and in your care or the care of your relative.

**3.** Exclusion **2.w.** is replaced by the following:

**w.** An "insured" who inflicts, or directs another person to inflict, upon any person, sexual molestation, corporal punishment, or physical or mental abuse which results in "bodily injury" or "property damage"; or

**B.** Exclusion **2.b.(3)** under **Coverage I – Personal And Advertising Injury Liability** is replaced by the following:

**(3) Personal Injury To An Insured**

To you or to any "insured" within the meaning of "insured" as defined in Paragraph **11.a.(1)** in Section **IV** – Definitions.

**(a)** This exclusion also applies to any claim made or "suit" brought against you or any "insured" to:

**(i)** Repay; or

**(ii)** Share damages with;

another person who may be obligated to pay damages because of such "personal injury".

 © ISO Properties, Inc., 2005  ☐

**(b)** This exclusion, **2.b.(3),** does not apply to liability that an "insured" incurs solely, or that an "insured" must share with a third party subsequent to settlement of a "suit" establishing that party's liability, for "personal injury" inflicted in an offense that involves:

**(i)** A "motor vehicle", while on premises you own or rent, except those described in Paragraph **a., c., d., e.** or **f.** of the "mobile equipment" definition; or

**(ii)** A motorized golf cart while used for golfing purposes.

However, this exception, in Paragraph **2.b.(3)(b),** applies only if the offense involves maintenance or use of such vehicle by an "insured" other than:

**i.** You; or

**ii.** A member of your household who is:

**(i)** Either your relative or is under the age of 21 and in the care of you or such a relative; or

**(ii)** A student enrolled in school full time, as defined by the school, who was a member of your household before moving out to attend school, provided the student is under the age of:

**i.** 24 and your relative; or

**ii.** 21 and in your care or the care of your relative.

© ISO Properties, Inc., 2005
**FL 01 11 10 06**      □

**FARM**
**FL 01 16 09 94**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – MIGRANT AND SEASONAL AGRICULTURAL WORKER PROTECTION ACT

This endorsement modifies insurance provided under the following:

>    FARM LIABILITY COVERAGE FORM
>    FARM EMPLOYERS LIABILITY AND FARM EMPLOYEES MEDICAL PAYMENTS INSURANCE
>        ENDORSEMENT
>    BASIC FARM PREMISES LIABILITY ENDORSEMENT
>    BROAD FARM PREMISES LIABILITY ENDORSEMENT

This insurance does not apply to damages awarded under:

**A.** The Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801 et seq.) (hereinafter "MSAWPA");

**B.** Any law, due to violation of the MSAWPA; or

**C.** Any regulation promulgated pursuant to the MSAWPA.

FARM
AC 04 11 05 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BASIC FARM PREMISES LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Subject to the provisions of this endorsement, insurance under the Commercial General Liability Coverage Form applies with respect to liability arising out of the ownership, use or maintenance of "farm premises". The terms ownership, use or maintenance include operations necessary or incidental to ownership, use or maintenance.

**A. Coverage A – Bodily Injury And Property Damage Liability**

1. Exclusion **2.a.** is replaced by the following:

   a. **Expected Or Intended Injury**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the insured even if the resulting "bodily injury" or "property damage":

   (1) Is of a different kind, quality or degree than initially expected or intended; or

   (2) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

   This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. Under Exclusion **2.f.,** the following exception is added to Subparagraph **(1)(a):**

   (iv) "Bodily injury" or "property damage" caused by heat, smoke or fumes from a fire, if the fire:

   i. Is set by the insured on the "farm premises"; and

   ii. Is set for the purpose of burning off crop stubble or other vegetation and is consistent with normal and usual agricultural practice; and

   iii. Is not set in violation of an ordinance or law.

3. The following exception is added to Exclusion **2.g.:**

   (6) An "auto" or item of "mobile equipment" involved in an "occurrence" on the "farm premises" and not subject to motor vehicle registration by reason of:

   (a) Use exclusively on the "farm premises"; or

   (b) Being kept in dead storage on the "farm premises".

4. Exclusion **2.l.** does not apply to operations necessary or incidental to the ownership, use or maintenance of the "farm premises".

5. Unless the Declarations specify otherwise, the following exclusions are added:

   q. "Bodily injury" or "property damage" arising out of the ownership, use or maintenance of any part of the "farm premises" that is:

   (1) Used for nonagricultural business purposes; or

   (2) Rented to others or held for rental by an insured for nonagricultural business or dwelling purposes.

   This exclusion does not apply to:

   (1) A residence rented to a person who occupies and farms the "farm premises"; or

   (2) A residence occupied by no more than two roomers or boarders.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc. 2005

**r.** "Bodily injury" or "property damage" arising out of the ownership, use or maintenance of:

**(1)** Farm tools, farm tractors and trailers under contract to others for a charge;

**(2)** Draft animals or vehicles used with them:

**(a)** Under contract to others for a charge; or

**(b)** Used for route delivery; or

**(3)** Saddle animals:

**(a)** Rented to others by or for an insured; or

**(b)** Used in practicing for or participating in any exhibition or contest.

**s.** "Property damage" arising out of any substance released or discharged from any aircraft.

**t.** "Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services.

**B. Coverage C – Medical Payments**

The following is added to Paragraph **2. Exclusions:**

**h.** To any person engaged in work usual or incidental to the maintenance or use of the "farm premises".

The only exceptions to this exclusion are in "occurrences" of "bodily injury" sustained by a person on the "farm premises" in a neighborly exchange of assistance for which the insured is not obligated to pay any money.

**C. Chemical Drift Liability Coverage** is added to the Commercial General Liability Coverage Form as Coverage **M,** as described and limited in **1.** through **5.** below.

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages for physical injury to crops or animals if:

**(1)** The injury was caused by discharge, dispersal, release or escape into the air, from the "farm premises", of the chemicals, liquids or gases that the insured has used in normal and usual agricultural operations; and

**(2)** The chemicals, liquids or gases entered into the air by some means other than discharge, dispersal, release or escape from aircraft.

The term physical injury does not include any indirect or consequential damages such as loss, at any time, of market for crops or animals or of use of soil or animals.

This coverage applies only to physical injury that occurs during the policy period. The physical injury must be caused by an "occurrence". The "occurrence" must take place in the "coverage territory".

**b.** We will have the right and duty to defend the insured against any "suit" seeking damages for covered physical injury. However, we will have no duty to defend the insured against any "suit" seeking damages for physical injury to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result.

But:

**(1)** The amount we will pay for damages is limited as described below in **3.,** Aggregate Limit of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable Aggregate Limit of Insurance in the payment of judgments or settlements under Chemical Drift Liability Coverage.

As used in this Coverage **M,** the term "suit" means a civil proceeding in which damages because of physical injury to which such Coverage applies are alleged.

"Suit" includes:

**(a)** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**(b)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**c.** No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **1.** of Supplementary Payments.

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc. 2005

**2. Exclusions**

**Chemical Drift Liability Coverage** does not apply to:

**a.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of, chemicals, liquids or gases.

However, this paragraph does not apply to liability for damages the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit " by or on behalf of a governmental authority.

**b.** Physical injury to crops or animals arising out of agricultural operations which are in violation of an ordinance or law.

**c.** Physical injury to crops or animals expected or intended from the standpoint of the insured.

**d.** Physical injury to crops or animals for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the physical injury occurs subsequent to the execution of the contract or agreement; or

**(2)** That the insured would have in the absence of the contract or agreement.

With respect to Chemical Drift Liability Coverage, Paragraph **f.** of the "insured contract" definition is deleted and replaced by the following:

**f.** That part of a contract or agreement pertaining to your "farming" operations (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay a third person or organization for physical injury to crops or animals. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

However, Paragraph **f.** above does not include that part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**e.** Physical injury to crops or animals you own, rent or borrow.

**3. Aggregate Limit Of Insurance** for Chemical Drift Liability Coverage: $25,000

**a.** Our total liability for Coverage **M,** Chemical Drift Liability Coverage, is the Aggregate Limit of Insurance stated above, unless a different Aggregate Limit of Insurance is stated for Coverage **M** in the Declarations.

**b.** The stated Aggregate Limit of Insurance applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc. 2005

**c.** Therefore, the stated Aggregate Limit of Insurance is the most we will pay for the applicable period of time as described in **b.** above, **regardless of the number of:**

**(1)** "Occurrences";

**(2)** Insureds;

**(3)** Claims made or "suits" brought; or

**(4)** Persons or organizations making claims or bringing "suits".

**4.** Section **IV** – Commercial General Liability Conditions applies to Chemical Drift Liability Coverage.

**5.** Words and phrases (except "suit") used in this Chemical Drift Liability Coverage have meaning as defined in Section **V** – Definitions. Section **V** includes the defined terms added in this endorsement.

**D. Section II – Who Is An Insured**

Paragraph **1.** is replaced by the following:

**1.** If you are designated in the Declarations as:

**a.** An individual, you are an insured; and, if they are members of your household, your spouse, and your and your spouse's relatives who are under the age of 25 are also insureds.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your "farming" operations.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your "farming" operations. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**E. Section IV – Commercial General Liability Conditions**

The following is added to the **Duties In The Event Of Occurrence, Offense, Claim Or Suit** Condition:

We have no duty to provide coverage under this policy if failure to comply with the duties described in this Condition is prejudicial to us.

**F. Section V – Definitions**

**1.** The following definitions are added:

**a.** "Custom farming" means performance of specific planting, cultivating, harvesting or similar specific "farming" operations by an insured, at a farm that is not a "farm premises", when the performance is for, and under the direction or supervision of, the owner or operator of the farm or the authorized representative of the owner or operator.

But "custom farming" does **not** mean:

**(1)** Operations conducted at a premises rented to, leased to or controlled by an insured;

**(2)** Operations for which no compensation in money or goods is received; or

**(3)** A neighborly exchange of services.

**b.** "Farming" means the operation of an agricultural or aquacultural enterprise, and includes the operation of roadside stands, on your "farm premises", maintained solely for the sale of farm products produced principally by you. Unless specifically indicated in the Declarations, "farming" does not include:

**(1)** Retail activity other than that described above; or

**(2)** Mechanized processing operations.

**c.** "Farm premises" means the location identified as such in the Declarations and operated for "farming" purposes, and includes the following, provided they are not used or held for rental or for business purposes other than "farming":

**(1)** Buildings used as residences;

**(2)** Garages;

**(3)** Stables; and

**(4)** Individual or family cemetery plots or burial vaults.

**2.** The "Your product" definition is deleted and replaced by the following with respect to coverage provided by this endorsement:

"Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You; or

**(b)** Others trading under your name; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc. 2005

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include property rented to or located for the use of others but not sold.

**3.** The definitions of "employee", "leased worker", "temporary worker" and "volunteer worker", as shown in Section **V** – Definitions of the Commercial General Liability Coverage Form, do not apply to the insurance provided under this endorsement.

**G. Additional Coverage – Custom Farming**

**1.** Insurance under the Commercial General Liability Coverage Form also applies with respect to liability arising out of the insured's performance of or failure to perform "custom farming" operations.

But this Additional Coverage will apply only if your receipts during the 12 months immediately preceding the date of the "occurrence" from such "custom farming" operations do not exceed $10,000.

**2.** Exclusions **2.j.(4)** and **(6), 2.l.** and **2.m.** under Coverage **A** do not apply with respect to this Additional Coverage as described and limited in **G.1.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc. 2005

POLICY NUMBER:                                                                                      **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PYRAMIDING OF LIMITS ENDORSEMENT

This endorsement modifies insurance provided under the following:

    FARM LIABILITY COVERAGE FORM
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence" the maximum applicable per Occurrence and Aggregate Limits of Insurance available under all the Coverage Forms or policies shall not be the total of the per Occurrence or Aggregate Limits of Insurance for those Coverage Forms or policies but rather shall not exceed the highest applicable per Occurrence and Aggregate Limits of Insurance under any one Coverage Form or policy. The condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**AC 30 13 04 05**

**COMMERCIAL GENERAL LIABILITY**
**CG 00 01 12 07**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".